# EXHIBIT "A"

**FORM 1.997.   CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

---

**I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SECOND</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>LEON</u>   COUNTY, FLORIDA

<u>JAMAL COLLINS</u>
Plaintiff

Case # <u>2020 CA 002245</u>
Judge _____

vs.

<u>TALLAHASSEE AVIATION PARTNERS LLC dba MILLION AIR</u>
Defendant

---

**II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☐  $8,000 or less
☐  $8,001 - $30,000
☐  $30,001- $50,000
☐  $50,001- $75,000
☐  $75,001 - $100,000
☒  over $100,000.00

**III.    TYPE OF CASE**     (If the case fits more than one type of case,   select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

**CIRCUIT CIVIL**

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
       ☐ Business governance
       ☐ Business torts
       ☐ Environmental/Toxic tort
       ☐ Third party indemnification
       ☐ Construction defect
       ☐ Mass tort
       ☐ Negligent security
       ☐ Nursing home negligence
       ☐ Premises liability—commercial
       ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
       ☐ Commercial foreclosure
       ☐ Homestead residential foreclosure
       ☐ Non-homestead residential foreclosure
       ☐ Other real property actions

☐Professional malpractice
       ☐ Malpractice—business
       ☐ Malpractice—medical
       ☐ Malpractice—other professional
☒ Other
       ☐ Antitrust/Trade regulation
       ☐ Business transactions
       ☐ Constitutional challenge—statute or ordinance
       ☐ Constitutional challenge—proposed amendment
       ☐ Corporate trusts
       ☒ Discrimination—employment or other
       ☐ Insurance claims
       ☐ Intellectual property
       ☐ Libel/Slander
       ☐ Shareholder derivative action
       ☐ Securities litigation
       ☐ Trade secrets
       ☐ Trust litigation

**COUNTY CIVIL**

☐ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order.  Yes ☐ No ☒

**IV.** **REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☒ Nonmonetary declaratory or injunctive relief;
☒ Punitive

**V.** **NUMBER OF CAUSES OF ACTION:** [   ]
(Specify)

  <u>1</u>

**VI.** **IS THIS CASE A CLASS ACTION LAWSUIT?**
    ☐ yes
    ☒ no

**VII.** **HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
    ☒ no
    ☐ yes If "yes," list all related cases by name, case number, and court.

**VIII.** **IS JURY TRIAL DEMANDED IN COMPLAINT?**
    ☒ yes
    ☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Marie A Mattox</u>        Fla. Bar # <u>739685</u>
       Attorney or party              (Bar # if attorney)

<u>Marie A Mattox     </u>       <u>12/06/2020</u>
  (type or print name)          Date


# CAPITOL SERVICES

**Capitol Corporate Services, Inc.**
PO Box 1831
Austin, TX 78767
Phone: (800) 345-4647  Fax: (800) 432-3622
rassop@capitolservices.com

## Service Of Process Transmittal Notice

| LAURA WILLIAMS<br>MILLION AIR INTERLINK INC<br>7555 IPSWICH<br>HOUSTON TEXAS 77061 | **Date Processed:** | 02/15/2021 |
|---|---|---|
| | **Completed By:** | TAYLOR SEAY |
| | **Delivery Method to Client:** | FEDEX 2 DAY LETTER |
| | **Tracking Number:** | 137233051487 |

Enclosed please find legal documents received on behalf of the client named below. These documents are being forwarded in accordance with your instructions.

| **Date / Time Received**<br>02/15/2021  1:00 PM in FLORIDA | **Transmittal #**<br>FL-199995 | **Delivered to Agent by**<br>PROCESS SERVER |
|---|---|---|

**With Regard to Client**
TALLAHASSEE AVIATION PARTNERS, LLC

**Title of Case or Action**
JAMAL COLLINS VS. TALLAHASSEE AVIATION PARTNERS, LLC (MILLION AIR TALLAHASSEE)

| **Case Number**<br>2020 CA 002245 | **Type of Document Served**<br>CITATION/SUMMONS |
|---|---|

**Court Name**
2ND JUDICIAL CIRCUIT COURT, LEON COUNTY, FL

**Note**

1-199995-

TZ11528
BF 230

Filing # 117714849 E-Filed 12/06/2020 04:11:31 PM

FEB 1 5 2021

1246p

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA

JAMAL COLLINS,

      Plaintiff,

v.

TALLAHASSEE AVIATION PARTNERS, LLC
(MILLION AIR TALLAHASSEE),

      Defendant.

_____/

CASE NO.: 20-CA-   2020 CA 002245
FLA BAR NO.: 0739685

**SUMMONS**

THE STATE OF FLORIDA:

To Each Sheriff of the State:

      YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

      **TALLAHASSEE AVIATION PARTNERS, LLC (MILLION AIR TALLAHASSEE)**
      **C/O CAPITOL CORPORATE SERVICES, INC.-REGISTERED AGENT**
      **515 EAST PARK AVENUE, 2ND FL**
      **TALLAHASSEE, FL 32301**

      Each defendant is required to serve written defenses to the complaint or petition on **Marie A. Mattox, P. A.,** Plaintiff's attorney, whose address is **203 North Gadsden Street, Tallahassee, FL 32301,** within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court, either before serve on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

      DATED on _____, 2020.



CLERK OF THE CIRCUIT COURT

By: _Cynth Michul_     12/07/2020

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA

**JAMAL COLLINS,**

      **Plaintiff,**

v.

**TALLAHASSEE AVIATION PARTNERS, LLC
(MILLION AIR TALLAHASSEE),**

      **Defendant.**

_____/

**CASE NO.: 20-CA-
FLA BAR NO.: 0739685**

## COMPLAINT

Plaintiff, JAMAL COLLINS, hereby sues Defendant, TALLAHASSEE AVIATION PARTNERS, LLC (MILLION AIR TALLAHASSEE), and alleges:

### NATURE OF THE ACTION

1.    This is an action brought under the Florida Civil Rights Act, codified at Chapter 760, Florida Statutes.

2.    This action involves claims which are, individually, in excess of Thirty Thousand Dollars ($30,000.00), exclusive of costs and interest.

### THE PARTIES

3.    At all times pertinent hereto, Plaintiff, JAMAL COLLINS, has been a resident of the State of Florida and was employed by Defendant. Plaintiff is a member of a protected class due to his race and national origin and he was retaliated against after reporting Defendant's unlawful employment practices.

4.    At all times pertinent hereto, Defendant, TALLAHASSEE AVIATION PARTNERS, LLC

(MILLION AIR TALLAHASSEE), has been organized and existing under the laws of the State of Florida. At all times pertinent to this action, Defendant has been an "employer" as that term is used under the applicable laws identified above. Defendant was Plaintiff's employer as it relates to these claims.

## CONDITIONS PRECEDENT

5.      Plaintiff has satisfied all conditions precedent to bringing this action in that Plaintiff filed a charge of discrimination with the Florida Commission on Human Relations and Equal Employment Opportunity Commission.  This action is timely filed thereafter.

## STATEMENT OF THE ULTIMATE FACTS

6.      Plaintiff, an African American male, began his employment with Defendant on or about August 19, 2014 and held the position of Line Servicer at the time of his wrongful termination on June 17, 2019.

7.      Despite his stellar work performance during his employment with Defendant, Plaintiff has been subjected to disparate treatment, different terms and conditions of employment, and was held to a different standard because of his race and national origin and because he reported Defendant's unlawful employment activities and was subject to retaliation thereafter.

8.      The disparate treatment and retaliation came at the hands of specifically but not limited to General Manager Jennifer Gomes (Caucasian), Chief Executive Officer Secretary Laura l/n/u (Caucasian), Jeff Stout, Rodger Woolsey, and Chuck Suma.

9.      Plaintiff has always received high ratings in his performance evaluations. He was employee of the year in 2016 and runner-up in 2017. Despite Plaintiff's record of stellar work

performance, Defendant terminated him after he objected to or reported about discrimination in the workplace.

10.     On or around June 4, 2019, Laura Williams, Executive Assistant to the Chief Executive Officer (CEO) conducted an investigation into an allegation of a sexual assault by Jennifer Gomes.

11.     Gomes saw the witnesses enter the area where the interviews were conducted, including Plaintiff, during which Plaintiff confirmed the misconduct by Gomes. Gomes retaliated against Plaintiff after seeing him enter the interview and learning about his report.

12.     During Plaintiff's interview, Plaintiff reported that Gomes engaged in sexual harassment and national origin discrimination. Specifically, and without limitation, he stated that he witnessed Gomes slap an employee named Darrell Dall on the buttocks, she touched Plaintiff inappropriately with her foot, and she made a racial comment to a fellow Haitian-American employee. Due to the fluctuating weather, Gomes asked a fellow Haitian-American "what Haitian voodoo dance did you do to make it cold?"

13.     On or around June 5, 2019, one day after the investigation, Gomes approached Plaintiff saying that she received a complaint from a pilot who said Plaintiff was rude. All that Plaintiff had said to the pilot was that a fuel truck was not available to fuel his truck but one was on the way. Thus, this was a false allegation. Gomes also approached Plaintiff to tell him that his work performance was poor, Plaintiff's work performance was not in issue before he reported her inappropriate comments and actions.

14.     Two weeks after Plaintiff reported Gomes' behavior, Defendant terminated him for contrived allegations of customer complaints, delays in service, and failure to close an aircraft panel.

3

15.     Plaintiff has retained the undersigned to represent his interests in this cause and is obligated to pay a fee for these services. Defendant should be made to pay said fee under the laws referenced above.

**COUNT I**
**RETALIATION**

16.     Paragraphs 1 through 15 are realleged and incorporated herein by reference.

17.     Defendant is an employer as that term is used under the applicable statutes referenced above.

18.     The foregoing allegations establish a cause of action for unlawful retaliation after Plaintiff reported or opposed unlawful employment practices adversely affecting him and others under Chapter 760, Florida Statutes.

19.     The foregoing unlawful actions by Defendant were purposeful.

20.     Plaintiff voiced opposition to unlawful employment practices during his employment with Defendant and was the victim of retaliation thereafter, as related in part above.

21.     Plaintiff is a member of a protected class because he reported unlawful employment practices and was the victim of retaliation thereafter. There is thus a causal connection between the reporting of the unlawful employment practices and the adverse employment action taken thereafter.

22.     As a direct and proximate result of the foregoing unlawful acts and omissions, Plaintiff has suffered mental anguish, emotional distress, expense, loss of benefits, embarrassment, humiliation, damage to reputation, illness, lost wages, loss of capacity for the enjoyment of life, and other tangible and intangible damages. These damages are continuing and are permanent. Plaintiff is entitled to punitive damages and to injunctive relief.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff demands judgment against Defendant for the following:

(a) that process issue and this Court take jurisdiction over this case;

(b) that this Court grant equitable relief against Defendant under the applicable counts set forth above, mandating Defendant's obedience to the laws enumerated herein and providing other equitable relief to Plaintiff;

(c) enter judgment against Defendant and for Plaintiff awarding all legally-available general and compensatory damages and economic loss to Plaintiff from Defendant for Defendant's violations of law enumerated herein;

(d) enter judgment against Defendant and for Plaintiff permanently enjoining Defendant from future violations of law enumerated herein;

(e) enter judgment against Defendant and for Plaintiff awarding Plaintiff attorney's fees and costs;

(f) award Plaintiff interest where appropriate; and

(g) grant such other further relief as being just and proper under the circumstances, including but not limited to reinstatement.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury on all issues herein that are so triable.

DATED this 6th day of December 2020.

Respectfully submitted,


/s/ Marie A. Mattox
Marie A. Mattox [FBN 0739685]
MARIE A. MATTOX, P. A.
203 North Gadsden Street
Tallahassee, FL 32303
Telephone:  (850) 383-4800
Facsimile:  (850) 383-4801
Marie@mattoxlaw.com
Secondary emails:
marlene@mattoxlaw.com
michelle@mattoxlaw.com

ATTORNEYS FOR PLAINTIFF

6

**IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA**

**JAMAL COLLINS,**

**CASE NO.: 20-CA-**          2020 CA 002245
**FLA BAR NO.: 0739685**

     **Plaintiff,**

**v.**

**TALLAHASSEE AVIATION PARTNERS, LLC**          **SUMMONS**
**(MILLION AIR TALLAHASSEE),**

     **Defendant.**

_____/

THE STATE OF FLORIDA:

To Each Sheriff of the State:

     YOU ARE COMMANDED to serve this summons and a copy of the complaint or petition in this action on Defendant:

     **TALLAHASSEE AVIATION PARTNERS, LLC (MILLION AIR TALLAHASSEE)
C/O CAPITOL CORPORATE SERVICES, INC.-REGISTERED AGENT
515 EAST PARK AVENUE, 2ND FL
TALLAHASSEE, FL 32301**

     Each defendant is required to serve written defenses to the complaint or petition on **Marie A. Mattox, P. A.,** Plaintiff's attorney, whose address is **203 North Gadsden Street, Tallahassee, FL 32301**, within 20 days after service of this summons on that defendant, exclusive of the day of service, and to file the original of the defenses with the clerk of this court, either before serve on plaintiff's attorney or immediately thereafter. If a defendant fails to do so, a default will be entered against that defendant for the relief demanded in the complaint or petition.

     DATED on _____, 2020.

                           CLERK OF THE CIRCUIT COURT



                         By: _____  12/07/2020 _____



# LEON COUNTY Receipt of Transaction
## Receipt #      1542030

GWEN MARSHALL
Clerk of Court and Comptroller
LEON COUNTY, FLORIDA

**Received From:**
Marie A. Mattox
203 North Gadsden Street
Tallahassee, FL  32301

**On Behalf Of:**

,

On: 12/7/2020  11:36:27AM
Transaction # 100802538
Cashiered by: C MCREED

| CaseNumber   2020 CA 002245 |
|---|

**Judge**   ANGELA C DEMPSEY

**JAMAL COLLINS  *VS*  TALLAHASSEE AVIATION PARTNERS LLC DBA MILLION AIR**

Comments:

| Fee Description | Fee | Prior Paid | Waived | Due | Paid | Balance |
|---|---|---|---|---|---|---|
| (COMP_CA) COMPLAINT | 400.00 | 0.00 | 0.00 | 400.00 | 400.00 | 0.00 |
| (SUIS) SUMMONS ISSUED | 10.00 | 0.00 | 0.00 | 10.00 | 10.00 | 0.00 |
| **Total:** | **410.00** | **0.00** | **0.00** | **410.00** | **410.00** | **0.00** |
| **Grand Total:** | **410.00** | **0.00** | **0.00** | **410.00** | **410.00** | **0.00** |

| PAYMENTS |
|---|

| Payment Type | Reference | | Amount | Refund | Overage | Change | Net Amount |
|---|---|---|---|---|---|---|---|
| CREDIT CARD EFILE | 117714849 | OK | 410.00 | 0.00 | 0.00 | 0.00 | 410.00 |
| | | **Payments Total:** | **410.00** | **0.00** | **0.00** | **0.00** | **410.00** |

IN THE CIRCUIT COURT OF THE SECOND JUDICIAL CIRCUIT, IN AND FOR LEON COUNTY, FLORIDA.

JAMAL COLLINS,

        Plaintiff,

vs.

TALLAHASSEE AVIATION PARTERS, LLC
(MILLION AIR TALLAHASSEE)

        Defendant.

_____/

CASE NO. 2020 CA 2245
CIVIL DIVISION

## NOTICE OF DISCLOSURE

        THIS CAUSE, being before this Court sua sponte, the Court hereby discloses the following:

        1)      Marie Mattox was on the undersigned's campaign committee which consists of over 100 attorneys in the Second Circuit.

        2)      The Court believes this disclosure is required by Canon 3E(1) of the Code of Judicial Conduct and Judicial Ethics Advisory Committee opinion 2013-19.

        This notice was provided on this _6_ day of _Jan_, 2021.

                                      Angela C. Dempsey
                                      Circuit Judge

Copies provide to:
All attorneys or parties of record

**IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA**

**CASE NO. 20-CA-002245**

JAMAL COLLINS,

             Plaintiff,

    vs.

TALLAHASSEE AVIATION PARTNERS,
LLC (MILLION AIR TALLAHASSEE),

             Defendant.

_____/

## NOTICE OF APPEARANCE OF COUNSEL
## AND DESIGNATION OF EMAIL ADDRESSES

Defendant, TALLAHASSEE AVIATION PARTNERS, LLC (MILLION AIR TALLAHASSEE), hereby gives notice of the appearance of Jonathan A. Beckerman, Esq. and Paige S. Newman, of the law firm of Lewis Brisbois Bisgaard & Smith LLP, 110 SE 6th Street, Suite 2600, Fort Lauderdale, Florida 33301, as counsel in this matter. Please forward all pleadings, notices and correspondence to the undersigned.

Primary Email Addresses:     Jonathan.Beckerman@lewisbrisbois.com
                                   Paige.Newman@lewisbrisbois.com

Secondary Email Addresses: ftlemaildesig@lewisbrisbois.com
                                   Steffani.Maitland@lewisbrisbois.com

**Dated**: March 5, 2021           Respectfully submitted,

                                **Lewis Brisbois Bisgaard & Smith LLP**
                                110 SE 6th Street, Suite 2600
                                Fort Lauderdale, Florida 33301
                                Telephone:  954.728.1280
                                Facsimile:  954.728.1282

                                */s/ Paige S. Newman*

Jonathan A. Beckerman, Esq. (FBN 0568252)
Jonathan.Beckerman@lewisbrisbois.com
Steffani.Maitland@lewisbrisbois.com
Paige S. Newman, Esq. (FBN 1010358)
Paige.Newman@lewisbrisbois.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of March 2021, I electronically filed the foregoing document with the Florida Courts E-Filing Portal, which will serve a copy of the foregoing document on all counsel of record.

*Paige S. Newman*
By: Paige S. Newman, Esq.

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA

**CASE NO. 20-CA-002245**

JAMAL COLLINS,

        Plaintiff,

   vs.

TALLAHASSEE AVIATION PARTNERS,
LLC (MILLION AIR TALLAHASSEE),

        Defendant.

_____/

## DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

Defendant, TALLAHASSEE AVIATION PARTNERS, LLC (MILLION AIR TALLAHASSEE) ("Defendant"), hereby moves for a 20-day extension of time to respond to Plaintiff's Complaint. In support, Defendant states as follows:

1.     Plaintiff filed his Complaint on December 6, 2020. Defendant was served with a copy of the Complaint on February 15, 2021. Therefore, Defendant's response to the Complaint is currently due on or before March 8, 2021.

2.     The undersigned was recently retained to represent Defendant in this action. The undersigned requires a brief extension of time to investigate the claims raised in the Complaint in order to prepare an adequate response. Accordingly, Defendant respectfully requests a 20-day extension of time within which to respond to Plaintiff's Complaint.

3.     This Motion is not made to unduly delay these proceedings and will not prejudice either party.

4.     Prior to filing the instant Motion, the undersigned conferred with counsel for Plaintiff, Marie Mattox, who advised that Plaintiff has no objection to the relief sought herein.

WHEREFORE, Defendant respectfully requests an Order from the Court extending the deadline for Defendant to file a response to Plaintiff's Complaint through and including March 29, 2021.

**Dated**: March 5, 2021

Respectfully submitted,

**Lewis Brisbois Bisgaard & Smith LLP**
110 SE 6th Street, Suite 2600
Fort Lauderdale, Florida 33301
Telephone:  954.728.1280
Facsimile:  954.728.1282

*/s/ Paige S. Newman*
Jonathan A. Beckerman, Esq. (FBN 0568252)
Jonathan.Beckerman@lewisbrisbois.com
Steffani.Maitland@lewisbrisbois.com
Paige S. Newman, Esq. (FBN 1010358)
Paige.Newman@lewisbrisbois.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 5th day of March 2021, I electronically filed the foregoing document with the Florida Courts E-Filing Portal, which will serve a copy of the foregoing document on all counsel of record.

*Paige S. Newman*
By: Paige S. Newman, Esq.

**IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA**

**CASE NO. 20-CA-002245**

JAMAL COLLINS,

      Plaintiff,

  vs.

TALLAHASSEE  AVIATION  PARTNERS,
LLC (MILLION AIR TALLAHASSEE),

      Defendant.

_____/

## [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS  CAUSE  came  before  the  Court  on  Defendant's,  TALLAHASSEE  AVIATION

PARTNERS, LLC (MILLION AIR TALLAHASSEE) Unopposed Motion for Extension of Time

to Respond to Plaintiff's Complaint, (the "Motion"). The Court having considered the Motion and

all other relevant factors, it is hereby ORDERED AND ADJUDGED:

The Motion is **GRANTED**.  Defendant shall respond to Plaintiff's Complaint on or before

March 29, 2021.

**DONE AND ORDERED** in Chambers at Leon County, Florida, on this __ day of March

_, 2021.

 

_____
Judge Angela Dempsey
Circuit Court Judge

IN THE CIRCUIT COURT OF THE
SECOND JUDICIAL CIRCUIT, IN AND
FOR LEON COUNTY, FLORIDA

CASE NO. 20-CA-002245

JAMAL COLLINS,

        Plaintiff,

vs.

TALLAHASSEE AVIATION PARTNERS,
LLC (MILLION AIR TALLAHASSEE),

        Defendant.

_____/

## ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

THIS CAUSE came before the Court on Defendant's, TALLAHASSEE AVIATION PARTNERS, LLC (MILLION AIR TALLAHASSEE) Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint, (the "Motion"). The Court having considered the Motion and all other relevant factors, it is hereby ORDERED AND ADJUDGED:

The Motion is **GRANTED**. Defendant shall respond to Plaintiff's Complaint on or before March 29, 2021.

**DONE AND ORDERED** in Chambers at Leon County, Florida, on this 8 day of March, 2021.

_____
Judge Angela Dempsey
Circuit Court Judge

4836-0707-1967.1